## CONCLUSION

For the reasons stated in this Memorandum and Order, the City's motion to dismiss (Doc. No. 14) is granted, and the Complaint is hereby dismissed. The Clerk of Court shall enter judgment in accordance with this Memorandum and Order, and close the case.

SO ORDERED.

Dated: Brooklyn, New York
September 28, 2015

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge