UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MITCHELL BOND,

               Plaintiff,                                  **JUDGMENT**
                                                                      14-CV-2431 (RRM) (VVP)

   - against -

CITY OF NEW YORK,

               Defendant.
------------------------------------------------------------X

      A Memorandum and Order having been issued this day granting defendant's Motion to Dismiss, it is hereby

      ORDERED, ADJUDGED AND DECREED that plaintiff Mitchell Bond take nothing from defendant City of New York, that this action is dismissed and the file closed.


Dated: Brooklyn, New York                     *Roslynn R. Mauskopf*
       September 28, 2015                 _____
                                                    ROSLYNN R. MAUSKOPF
                                                    United States District Judge